**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1382**

---

SAM ANTHONY,

Plaintiff - Appellant,

versus

THE UNITED STATES ATTORNEY GENERAL; UNITED
STATES POSTAL SERVICE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-01-635-2)

---

Submitted:  June 13, 2002                Decided:  June 18, 2002

---

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sam Anthony, Appellant Pro Se.  David J. Ball, Jr., OFFICE OF THE
UNITED STATES ATTORNEY, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sam Anthony appeals the district court's order dismissing without prejudice his civil action for failure to comply with the court's order to particularize his complaint in accordance with Fed. R. Civ. P. 8. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny Anthony's motion for appointment of counsel and affirm on the reasoning of the district court. See Anthony v. United States Attorney General, No. CA-01-635-2 (E.D. Va. March 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED